# United States Court of Appeals
## For the First Circuit

---

No. 02-1758
No. 02-2279
No. 02-2280

BRIAN ANDRESEN and DIANE ANDRESEN,

Plaintiffs, Appellants,

v.

DR. JOHN DIORIO, SHAW'S SUPERMARKETS, INC.,
and J SAINSBURY, PLC,

Defendants, Appellees.

_____

BROCKTON HOSPITAL,

Defendant.

_____

ERRATA

The opinion of this Court, issued on November 12, 2003, should be amended as follows:

On page 7, line 4 of first full paragraph, insert "law" before "privilege".

On page 15, line 2 of first full paragraph, replace "workmen's" with "workers".